**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Erasmo MOLINA, a.k.a. Erasom Molina, a.k.a. Memo, Defendant–Appellant.**

**No. 13–10769 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 25, 2013.

Ramona Albin, Michael B. Billingsley, Jenny Lynn Smith, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Mary Stuart Burrell, Huntsville, AL, for Plaintiff–Appellee.

Erasmo Molina, CI McRae–Inmate Legal Mail, McRae, GA, James L. O'Kelley, Law Offices of James L. O'Kelley, Birmingham, AL, for Defendant–Appellant.

Before CARNES, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

James L. O'Kelley, appointed counsel for Erasmo Molina in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Molina's conviction and sentence are **AFFIRMED.**